IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIEM WILLIAMS, TONY BROWN, MEAGAN LEHNERT, and CHRISTINA GLENN, *individually and on behalf of all others similarly situated*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>LINEROCK INVESTMENTS, LTD. and VICMAN LLC, <br><br>　　　　Defendants. | Case No.: 1:22-cv-02531 <br><br>The Honorable Robert M. Dow, Jr. |

## INITIAL STATUS REPORT

Pursuant to the Court's June 2, 2022 Order (ECF No. 9), Plaintiffs Rakiem Williams, Tony Brown, Meagan Lehnert, and Christina Glenn hereby submit the following status report:

1. This status report is not a joint status report, as ordered by the Court, but a status report from only the Plaintiffs because, despite diligent attempts to serve both of the Defendants in this action, Plaintiffs have not yet been able to successfully effectuate service of the summons and Complaint.

2. The Plaintiffs filed this class action lawsuit on behalf of themselves and all others similarly situated on May 12, 2022, against two defendants: Linerock Investments, Ltd., and Vicman LLC.

3. Upon filing of the Complaint, Plaintiffs immediately began their attempts to serve Defendants.

**Defendant Linerock Investments, Ltd.**

4. Defendant Linerock Investments, Ltd. ("Linerock"), is a British Virgin Islands company, which advertises its principal place of business in San Francisco, California. *See* ECF No.1 ¶¶26-28.

5. Linerock claims to be headquartered in California; however, Plaintiffs have been unable to find their offices in that state or in any other U.S. state.

6. As a result, counsel for the Plaintiffs have engaged in the process of serving Linerock at its location in the British Virgin Islands through the procedures set out in the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Exhibit A, Request for Service Abroad of Judicial or Extrajudicial Documents.

7. Pursuant to the Court's June 2, 2022 Minute Order (ECF No. 9), instructing Plaintiffs to "advise all other parties of the Court's actions herein," Plaintiffs included a copy of the Court's June 2, 2022 Minute Order with their Request for Service Abroad of Judicial or Extrajudicial Documents. Linerock has not yet been served.

**Defendant Vicman, LLC**

8. Defendant Vicman, LLC ("Vicman"), is registered with the New York Secretary of State as a New York corporation with its principal place of business in Albany, New York. *See* Exhibit B, Screenshot of New York Secretary of State's record for Vicman, LLC.

9. Vicman's designated registered agent, according to the New York Secretary of State, is Veil Corporate, LLC ("Veil Corporate"). *Id.*

10. The New York Secretary of State does not have an address registered for Vicman other than its registered agent. *Id.* The address that Vicman lists for Veil Corporate is 911 Central Avenue, No. 188, Albany, New York 12206. *Id.*

11. However, Veil Corporate, itself, lists a different address at 90 State Street, Suite 700, Office 40, Albany, New York 12207, with the New York Secretary of State. *See* Exhibit C, Screenshot of New York Secretary of State's record for Veil Corporate, LLC.

12. Due to the discrepancy between Vicman's and Veil Corporate's records, Plaintiffs attempted service on Vicman through Veil Corporate at both of these addresses multiple times through a private process server. *See* Exhibit D, affidavit of Edward J. Bowmaker, Process Server.

13. Plaintiffs' process server stated in a signed affidavit that neither of the locations listed with the New York Secretary of State appeared to be accurate. Notably, the 911 Central Avenue address took the process server to Westgate Shopping Center, where there was no Suite 188 that he could locate. The process server observed that there were only retail stores and businesses at that location. *See* Exhibit D.

14. Plaintiffs' process server had a similar experience at the 90 State Street address, where he found Suite 700, on the 7th Floor of the building, to be under construction, with "half the walls . . . ripped out, doors were gone, the lights were off, construction material all around, and all of the offices were gone." *Id.*

15. Despite Plaintiffs' diligent efforts to locate either Vicman or Veil Corporate, Plaintiffs have not yet been able to effectuate service.

16. To be as thorough as possible, Plaintiffs successfully delivered the Complaint, civil cover sheet, summons, and this Court's June 2, 2022 Minute Order with a cover letter via Federal Express to both addresses listed on the New York Secretary of State's website for Veil Corporate. *See* Exhibits E and F, email delivery confirmations for the 911 Central Avenue and 90 State Street locations, respectively.

17. Both Federal Express deliveries were received and accepted with signatures of receipt at the same addresses Plaintiffs' private process server was unable to serve Vicman through Veil Corporate. *Id.*

18. As a result, despite Plaintiffs' diligence, Plaintiffs are not currently able to provide the Court an update on the likelihood of settlement.

19. Similarly, Plaintiffs cannot presently provide an estimation on the nature and length of discovery necessary to get the case ready for trial, nor provide a proposed schedule.

20. Plaintiffs will continue their diligent attempts to personally serve the Defendants in this case. Plaintiffs expect that they will be successful in serving Defendant Linerock, but cannot currently estimate how long that process will take.

21. With regard to Defendant Vicman, it may become necessary, at some point in the near future, for the Plaintiffs to request from the Court a method of alternative service.

22. Plaintiffs are available to discuss these matters with the Court at its convenience.

Dated: July 7, 2022

Respectfully submitted,

 */s/ James A. Ulwick*
Adam J. Levitt
Amy E. Keller
James A. Ulwick
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

James J. Pizzirusso (*admitted pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, D.C. 20006

(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan (*admitted pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Jeffrey D. Kaliel*
Sophia Gold*
**KALIELGOLD PLLC**
1100 15th Street, NW, 4th Floor
Washington, D.C.  20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgoldpllc.com

Don Bivens*
**DON BIVENS PLLC**
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
(602) 708-1450
don@donbivens.com

*\* Pro Hac Vice Admission*  ***Counsel for Plaintiffs***
*Applications Imminent*  ***and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this Seventh Day of July 2022.

/s/ James A. Ulwick
*Counsel for the Plaintiffs and the Proposed Class*