# Exhibit A

## Initial Status Report and Exhibits

*In re Williams et al v. Linerock Investments, LTD et al*
Case No.: 1:22-cv-02531(N.D Ill.)

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| _____ Steven M. Nathan | _____ Registrar of the Supreme Court |
| Hausfeld LLP | Supreme Court Registry |
| 33 Whitehall Street, 14th Floor | No. 84 Main Street, P.O. Box 418 |
| New York, NY 10004 | Road Town, Tortola, |
| (646) 357-1100, snathan@hausfeld.com | British Virgin Islands VG1110 |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(Identity and address)** |
|---|
| (identité et adresse) |
| _____ Linerock Investments LTD |
| Palm Grove House, P.O. Box 438 |
| Road Town, Tortola |
| British Virgin Islands VG1110 |

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** <br> selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : <br> _____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*** <br> le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

| |
|---|
| • _____ Civil Cover Sheet |
| • _____ Complaint in Civil Action |
| Summons |
| Local Rules |
| Minute Order |

* if appropriate / s'il y a lieu

| **Done at / Fait à** _____ , New York, NY | **Signature and/or stamp** |
|---|---|
| | Signature et / ou cachet |
| **The / le** _____ 6 June 2022 | *Steven Nathan* |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — the (date) / le (date): | _____ |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | _____ |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method***:<br>selon la forme particulière suivante* :<br><br>_____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | _____ |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

| _____ |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes /** Annexes*

| **Documents returned:**<br>Pièces renvoyées : | _____ |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* If appropriate / s'il y a lieu

| **Done at / Fait à** _____,<br><br>**The / le** _____ | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

**Identity and address of the addressee**
Identité et adresse du destinataire

Linerock Investments LTD
Palm Grove House, P.O. Box 438
Road Town, Tortola
British Virgin Islands VG1110

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Northern District of Illinois Pro Bono Program
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604
(312) 435-5670
ProBono_Registration_ILND@ilnd.uscourts.gov

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Steven M. Nathan <br> Hausfeld LLP <br> 33 Whitehall Street, 14th Floor <br> New York, NY 10004 <br> (646) 357-1100, snathan@hausfeld.com |
| **Particulars of the parties\*:** <br> Identité des parties\* : | Rakiem Williams, Tony Brown, Meagan Lehnert, and Christina Glenn <br> v. <br> Linerock Investments LTD, and Vicman LLC |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | Service of Process of Civil Cover Sheet, Complaint in a Civil Action, Summons, Local Rules, and Minute Order on Defendant Linerock Investments LTD |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | Civil Action seeking statutory monetary damages and equitable relief for unauthorized collection, storage, and use of sensitive biometric data of users collected by PhotoLab app using facial recognition technology |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604. Appearance to be entered within 21 days of service of process. |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | n/a |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | n/a |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | Defendant to file Answer to the Complaint within 21 days of service of process. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | n/a |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | n/a |

\*\* if appropriate / s'il y a lieu