# Exhibit B

Initial Status Report and Exhibits

*In re Williams et al v. Linerock Investments, LTD et al*
Case No.: 1:22-cv-02531(N.D Ill.)



# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

## Entity Details

**ENTITY NAME:** VICMAN, LLC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 12/04/2020
**EFFECTIVE DATE INITIAL FILING:** 12/04/2020
**FOREIGN FORMATION DATE:**
**COUNTY:** ALBANY
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5891144
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 12/31/2022
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** VEIL CORPORATE, LLC
**Address:** 911 CENTRAL AVE NUM 188, ALBANY, NY, UNITED STATES, 12206

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:** VEIL CORPORATE, LLC
**Address:** 911 CENTRAL AVE NUM 188, ALBANY, NY, 12206

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

