# Exhibit C

Initial Status Report and Exhibits

*In re Williams et al v. Linerock Investments, LTD et al*
Case No.: 1:22-cv-02531(N.D Ill.)


# Department of State
## Division of Corporations

### Entity Information

[Return to Results]  [Return to Search]

## Entity Details

**ENTITY NAME:** VEIL CORPORATE, LLC
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**DATE OF INITIAL DOS FILING:** 10/19/2021
**EFFECTIVE DATE INITIAL FILING:** 10/19/2021
**FOREIGN FORMATION DATE:**
**COUNTY:** ALBANY
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 6306652
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 10/31/2023
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process Name and Address
**Name:** REGISTERED AGENTS INC.
**Address:** 90 STATE STREET, SUITE 700, OFFICE 40, ALBANY, NY, UNITED STATES, 12207

### Chief Executive Officer's Name and Address
**Name:**
**Address:**

### Principal Executive Office Address
**Address:**

### Registered Agent Name and Address
**Name:** REGISTERED AGENTS INC.
**Address:** 90 STATE STREET, SUITE 700, OFFICE 40, ALBANY, NY, 12207

### Entity Primary Location Name and Address
**Name:**
**Address:**

### Farmcorpflag
**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

