# Exhibit D

Initial Status Report and Exhibits

*In re Williams et al v. Linerock Investments, LTD et al*
Case No.: 1:22-cv-02531(N.D Ill.)

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Rakiem Williams, et al.

Plaintiff

Case No.: 1:22-CV-02531

vs.

Linerock Investments, Ltd., et al.

Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Edward J. Bowmaker, a Private Process Server, having been duly authorized to make service of the Letter dated June 3, 2022, Summons, Civil Cover Sheet, Notification of Docket Entry, and Class Action Complaint in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Vicman LLC c/o Veil Corporate, LLC, Registered Agent with the above named process.

That on June 6, 2022 at 2:00 PM, I attempted to serve Vicman LLC c/o Veil Corporate, LLC, Registered Agent at 911 Central Avenue, No. 188, Albany, New York 12206. On this occasion, I arrived at Westgate Shopping Center and could not locate #188 for Veil Corporate LLC. In addition, I noticed only retail stores were at this location, and Veil Corporate LLC was not listed on the shopping center directory.

That on June 8, 2022 at 3:00 PM, I attempted to serve Vicman LLC c/o Veil Corporate, LLC, Registered Agent at 90 State Street, Suite 700, Office 40, Albany, New York 12207. On this occasion, I arrived at a secured facility and I found the doors were locked and you need to be buzzed in by the office you are attempting to visit. Accordingly, I called up to to Suite 700, but received no answer after multiple calls to Suite 700. I was unable to gain access inside the building. In addition, I observed that, Vicman LLC or Veil Corporate, LLC were not listed on the digital directory on the intercom.

That on June 9, 2022 at 2:59 PM, I attempted to serve Vicman LLC c/o Veil Corporate, LLC, Registered Agent at 90 State Street, Suite 700, Office 40, Albany, New York 12207. On this occasion, I arrived at the facility and observed that the doors were open. Accordingly, I took the elevator up to the 7th floor. I observed that the floor was under construction. In addition, half the walls were ripped out, doors were gone, the lights were off, construction material all around, and all of the offices were gone. In addition, I observed a Permit posted on the wall that stated, "Offices to Residential."

I declare under penalty of perjury that this information is true.

6/21/22
Executed On

Edward J. Bowmaker

Client Ref Number:30060.0001
Job #: 1603782

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050