# Exhibit E

## Initial Status Report and Exhibits

*In re Williams et al v. Linerock Investments, LTD et al*
Case No.: 1:22-cv-02531(N.D Ill.)

| **From:** | TrackingUpdates@fedex.com |
| **To:** | jmitchell |
| **Subject:** | FedEx Shipment 777199229356: Your package has been delivered |
| **Date:** | Thursday, June 23, 2022 9:44:47 AM |
| **Attachments:** | external.png |





# Hi. Your package was delivered Thu, 06/23/2022 at 10:36am.



Delivered to 911 CENTRAL AVE, ALBANY, NY 12206
Received by T.SMITH

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 777199229356 |
| **FROM** | Hausfeld LLP |
| | 888 16th Street, NW |
| | Suite 300 |
| | Washington, DC, US, 20006 |
| **TO** | c/o Vicman LLC |
| | Veil Corporate LLC |
| | 911 Central Avenue |

Num. 188
ALBANY, NY, US, 12206

| | |
|---|---|
| **REFERENCE** | 30060.0001 |
| **SHIPPER REFERENCE** | 30060.0001 |
| **SHIP DATE** | Wed 6/22/2022 06:13 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Washington, DC, US, 20006 |
| **DESTINATION** | ALBANY, NY, US, 12206 |
| **SPECIAL HANDLING** | Deliver Weekday ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.

**FOLLOW FEDEX** 

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:43 AM CDT 06/23/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.