## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| RAKIEM WILLIAMS, TONY BROWN, MEAGAN LEHNERT, and CHRISTINA GLENN, *individually and on behalf of all others similarly situated*, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LINEROCK INVESTMENTS, LTD. and VICMAN LLC, | ) ) ) |
| Defendants. | ) ) |

Case No.: 1:22-cv-02531

The Honorable Charles P. Kocoras

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT BY COURT CLERK**

Plaintiffs Rakiem Williams, Tony Brown, Meagan Lehnert, and Christina Glenn hereby move the Court's Clerk for an entry of default against Defendants Linerock Investments, Ltd. ("Linerock") and Vicman LLC ("Vicman") under Rule 55(a) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint in this case on May 12, 2022, naming Linerock and Vicman as Defendants. *See* ECF No. 1.

2. Defendant Linerock is a British Virgin Islands company, which advertises its principal place of business in San Francisco, California. *See* ECF No. 1 ¶¶ 26-28; ECF No. 10 ¶ 4. Despite Linerock's claimed U.S. offices, Plaintiffs were unable to find Linerock's offices in California or in any other U.S. state. *See* ECF No. 10 ¶ 5.

3. As a result, counsel for the Plaintiffs engaged in the process of serving Linerock at its headquarters in the British Virgin Islands through the procedures set out in the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* ECF No. 10 ¶ 6.

4. On July 25, 2022, the Registrar of the High Court of the Virgin Islands certified that it had served Linerock in accordance with the provisions of the Hague Service Convention and the law of the Virgin Islands on July 25, 2022. *See* ECF No. 15; ECF No. 16 ¶ 6. Plaintiffs filed proof of service of the Summons and Complaint on Linerock with the Court on October 10, 2022. *See* ECF No. 15.

5. Under Rule 12(1)(A)(i), Defendant Linerock had 21 days from July 25, 2022 (until August 15, 2022) to serve and file a responsive pleading to the Plaintiffs' Complaint.

6. As of the date of filing of this Motion, Defendant Linerock has not filed a responsive pleading to Plaintiffs' Complaint.

7. Defendant Vicman is a New York limited liability company, and has designated Veil Corporate, LLC ("Veil Corporate") as its registered agent with the New York Secretary of State. The New York Secretary of State does not have an address registered for Vicman other than its registered agent. See ECF No. 10 ¶¶ 8-10.

8. The address that Vicman provided to the New York Secretary of State for service was that of its registered agent, Veil Corporate, at 911 Central Avenue, No. 188, Albany, New York 12206. *Id.* ¶ 10. However, at the time that Plaintiffs filed their Complaint, Veil Corporate listed a different address for itself with the New York Secretary of State: 90 State Street, Suite 700, Office 40, Albany, New York 12207. *Id.* ¶ 11.

9. Due to the discrepancy between Vicman's and Veil Corporate's records, Plaintiffs attempted service on Vicman through its registered agent Veil Corporate at both addresses multiple times through a private process server, but ultimately were unsuccessful in accomplishing personal service. *Id.* ¶¶ 12-15.

10. On June 2, 2022, the Court entered a Minute Order requesting that the parties file a joint status report by July 7, 2022, and instructing Plaintiffs to "advise all other parties of the Court's actions herein." *See* ECF No. 9.

11. Plaintiffs successfully delivered the Complaint, civil cover sheet, summons, and this Court's June 2, 2022 Minute Order with a cover letter via Federal Express to both addresses listed on the New York Secretary of State's website for Veil Corporate on June 23, 2022. *See* ECF Nos. 10 ¶ 16, 10-5, 10-6.

12. Plaintiffs learned that on September 29, 2022, Veil Corporate updated its service of process address with the New York Secretary of State to 418 Broadway, Ste R, Albany, New York 12207. *See* ECF No. 16 ¶ 16; *id.* at 11-13. On September 30, 2022, Veil Corporate updated its registered agent to Registered Agents Inc. at the same address. *Id.*

13. Plaintiffs engaged a private process server to serve Defendant Vicman through its registered agent at the updated 418 Broadway, Ste R, Albany, New York 12207 address. *Id.* ¶ 17.

14. On October 6, 2022, Plaintiffs' process server served Vicman through Veil Corporate and Registered Agents Inc. at the 418 Broadway, Ste R, Albany, New York 12207 address. *See* ECF No. 18. On October 14, 2022, Plaintiffs filed the Affidavit of Service with the Court. *Id.*

15. Under Rule 12(1)(A)(i), Defendant Vicman had 21 days from October 6, 2022 (until October 27, 2022) to serve and file a responsive pleading to the Plaintiffs' Complaint.

16. As of the date of filing of this Motion, Defendant Vicman has not filed a responsive pleading to Plaintiffs' Complaint.

17. Because both Defendants have failed to plead or otherwise defend the action within the 21-day response period under Rule 12 of the Federal Rules of Civil Procedure, both Defendants are in default.

18. Defendants are corporate entities that are not infants, are not incompetent, and are not in active military service.

WHEREFORE, Plaintiffs respectfully request that the Clerk of the Court enter the default of Defendants Linerock and Vicman pursuant to Rule 55(a).

Dated: November 18, 2022            Respectfully submitted,

                                            /s/ James J. Pizzirusso

James J. Pizzirusso (*admitted pro hac vice*)
Ian Engdahl*
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

Steven M. Nathan (*admitted pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Adam J. Levitt
Amy E. Keller
Nada Djordjevic
James A. Ulwick
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

4

Jeffrey D. Kaliel*
Sophia Gold*
**KALIELGOLD PLLC**
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgoldpllc.com

Don Bivens*
**DON BIVENS PLLC**
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
(602) 708-1450
don@donbivens.com

* *Pro Hac Vice Admission*
*Applications Imminent*

***Counsel for Plaintiffs***
***and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court using CM/ECF service, which will send notification of such filing to all counsel of record this 18th day of November 2022.

*/s/ James J. Pizzirusso*
James J. Pizzirusso
