**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Rakiem Williams, et al.
                                Plaintiff,

v.                                             Case No.: 1:22–cv–02531
                                                        Honorable Charles P. Kocoras

Linerock Investments, LTD, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiffs' Motion for entry of default judgment as to defendants Linerock and Vicman [22] is granted. Motion to appear pro hac vice [23] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.