IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIEM WILLIAMS, TONY BROWN, MEAGAN LEHNERT, and CHRISTINA GLENN, *individually and on behalf of all others similarly situated*, <br><br>Plaintiffs,<br><br>v.<br><br>LINEROCK INVESTMENTS, LTD. and VICMAN LLC,<br><br>Defendants. | Case No.: 1:22-cv-02531<br><br>The Honorable Charles P. Kocoras |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

For the reasons set forth in the attached Memorandum of Law and supporting declaration, Plaintiffs Rakiem Williams, Tony Brown, Meagan Lehnert, and Christina Glenn (together "Plaintiffs") hereby move the Court for an Order granting their Motion for Class Certification and Appointment of Class Counsel. Plaintiffs move, pursuant to Federal Rules of Civil Procedure 23(a), (b)(2), and (b)(3), for an Order certifying the following class:

> Any resident of Illinois who used facial manipulations or facial effects in a photo uploaded to the PhotoLab Apps while the user resided in Illinois from May 12, 2017 to the present.

Plaintiffs further move this Court to appoint Nada Djordjevic of DiCello Levitt, James Pizzirusso of Hausfeld, and Sophia Gold of KalielGold as co-lead class counsel.

Dated: September 7, 2023

Respectfully submitted,

 */s/ Nada Djordjevic*
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
James A. Ulwick
**DICELLO LEVITT LLP**

Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

James J. Pizzirusso (*admitted pro hac vice*)
Ian Engdahl (*admitted pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

Steven M. Nathan (*admitted pro hac vice*)
Katherine Hanson (*admitted pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com
khanson@hausfeld.com

Jeffrey D. Kaliel*
Sophia Gold*
**KALIELGOLD PLLC**
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgoldpllc.com

*Pro Hac Vice Application Forthcoming*          ***Counsel for Plaintiffs
and the Proposed Class***

## **CERTIFICATE OF SERVICE**

      Nada Djordjevic certifies that she served the foregoing document on all counsel of record, by this Court's electronic-filing system, this 7th day of September, 2023.

                                                /s/ *Nada Djordjevic*
                                                Nada Djordjevic