**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RAKIEM WILLIAMS, TONY BROWN, | ) | |
| MEAGAN LEHNERT, and | ) | |
| CHRISTINA GLENN, *individually and* | ) | |
| *on behalf of all others similarly situated,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:22-cv-02531 |
| | ) | |
| LINEROCK INVESTMENTS, LTD. and | ) | The Honorable Charles P. Kocoras |
| VICMAN LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

Upon consideration of Plaintiffs' Motion for Class Certification dated September 7, 2023

(Dkt. # 37), the memorandum of law and exhibits submitted in support thereof, the arguments of

counsel, and the entire record herein, the Court **HEREBY GRANTS** the Motion and **ORDERS**

as follows:

1.      This action, including all claims asserted in the Plaintiffs' May 12, 2022 Complaint,

is certified as a class action pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil

Procedure.

2.      The Class shall consist of:

Any resident of Illinois who used facial manipulations or facial effects in a photo
uploaded to the PhotoLab Apps while the user resided in Illinois from May 12,
2017 to the present.

Excluded from the class are (a) Defendants; (b) Defendants' officers, directors, agents, trustees,

representatives, employees, principals, servants, partners, and joint-venturers; (c) any entities

controlled by Defendants; (d) Defendants' heirs, successors, assigns, or other persons or entities related to or affiliated with Defendants, their officers, or their directors; and (e) the judge assigned to this action and any member of that judge's immediate family.

3.      The Class satisfies the requirements of Rule 23(a), as (1) the class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the class; (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and (4) the representative parties will fairly and adequately protect the interests of the class.

4.      The Class satisfies the requirements of Rule 23(b)(2), as the Defendants' conduct applies generally to the Class and any injunctive relief, if warranted, is appropriate respecting the Class as a whole.

5.      The Class satisfies the requirements of Rule 23(b)(3), as (1) questions of law and fact common to the Class predominate over any questions affecting only individual members, and (2) a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The Class is defined by objective criteria and Class membership is thus ascertainable.

6.      Plaintiffs Rakiem Williams, Tony Brown, Meagen Lehnert, and Christina Glenn are appointed as the Class Representatives.

7.      Nada Djordjevic of DiCello Levitt, James Pizzirusso of Hausfeld, and Sophia Gold of KalielGold are appointed as Co-Lead Counsel for the Class.

**IT IS SO ORDERED.**

Dated: October 3, 2023

_Charles P. Kocoras_
_____

Judge Charles P. Kocoras