IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAKIEM WILLIAMS, TONY BROWN, MEAGAN LEHNERT, and CHRISTINA GLENN, *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>)<br>) Case No.: 1:22-cv-02531<br>) |
| Plaintiffs, | ) District Judge Sunil R. Harjani<br>) |
| v. | ) Magistrate Judge Beth W. Jantz<br>) |
| Linerock Investments, Ltd., | )<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR ENTRY OF ORDER APPROVING STIPULATION
FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

Plaintiffs Rakiem Williams, Tony Brown, Meagan Lehnert, and Christina Glenn (together "Plaintiffs") and Defendant Linerock Investments, Ltd. ("Defendant") (collectively with Plaintiffs, "the Parties"), through their respective counsel, hereby jointly move this Court for an order approving the Parties' Stipulation for Discovery of Electronically Stored Information ("the Stipulation"), in a form substantially similar to the proposed stipulation and order submitted to Proposed_Order_Jantz@ilnd.uscourts.gov. In support of their Motion, the Parties state as follows:

1. In accordance with the Court's November 11, 2024 Order (ECF No. 79), the Parties have conferred and agreed upon a protocol for the discovery, collection, and production of electronically stored information (ESI) in this matter. The Stipulation is the result of an extensive arms-length meet-and-confer process and is intended to streamline the discovery process, reduce the potential for disputes, and ensure that ESI is handled in a manner that is efficient, cost-effective, and consistent with the Federal Rules of Civil Procedure.

2. The Parties jointly request that the Court enter an order approving the Stipulation.

| | |
|---|---|
| Dated: November 25, 2024 | Respectfully submitted, |
| */s/ Ian Engdahl* | */s/ Michael R. Gilman* |

| | |
|---|---|
| Ian Engdahl (admitted pro hac vice)<br>James J. Pizzirusso (admitted pro hac vice)<br>**HAUSFELD LLP**<br>888 16th Street NW, Suite 300<br>Washington, D.C. 20006<br>(202) 540-7200<br>iengdahl@hausfeld.com<br>jpizzirusso@hausfeld.com | Michael R. Gilman (admitted *pro hac vice*)<br>Jeffrey I. Kaplan (pro hac vice to be filed)<br>**KAPLAN BREYER SCHWARZ, LLP**<br>317 George St., Suite 320<br>New Brunswick, NJ 08901<br>(732) 578-0103, ext 233 (Gilman)<br>mgilman@kbsiplaw.com<br>(732) 578-0103, ext 231 (Kaplan)<br>jkaplan@kbsiplaw.com |
| Steven M. Nathan (admitted pro hac vice)<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>(646) 357-1100<br>snathan@hausfeld.com | Douglas Albritton<br>Jeffrey Hansen<br>**ACTUATE LAW LLC**<br>641 West Lake, 5th Floor<br>Chicago, IL 60661<br>(312) 579-3131<br>doug.albritton@actuatelaw.com<br>jeff.hansen@actuatelaw.com |
| Nada Djordjevic<br>Adam J. Levitt<br>Amy E. Keller<br>James A. Ulwick<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>ndjordjevic@dicellolevitt.com<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>julwick@dicellolevitt.com | *Counsel for Defendant Linerock Investments, Ltd.* |

Jeffrey D. Kaliel*
Sophia Gold*
**KALIELGOLD PLLC**
1100 15th Street, NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

Don Bivens*
**DON BIVENS PLLC**
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205

2

Scottsdale, Arizona 85254
(602) 708-1450
don@donbivens.com

*Counsel for Plaintiffs and the Class*

*\* Pro Hac Vice Admission
Applications Forthcoming*